## JACK BRASUELL V. STATE.

No. 25,834. May 21, 1952.

Hon. R. E. Seay, Judge Presiding.

*Doss Hardin,* Ft. Worth, for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This purports to be an appeal from a conviction for false imprisonment, with punishment assessed at sixty days' confinement in jail.

The notice of appeal in this case appears only as a notation upon the motion for a new trial. It does not appear as a judgment entered in the minutes of the court. Such is necessary to constitute a valid notice of appeal. Art. 827, Vernon's C. C. P., and authorities there cited.

A valid notice of appeal is necessary to the jurisdiction of this court.

The appeal is dismissed.

Opinion approved by the court.